1  **JACK CARSON REVVILL**  #154957
   Attorney at Law
2  Law Office of Jack Carson Revvill
   2950 Mariposa Street, Suite 140
3  Fresno, California 93721
   Telephone: (559) 444-0942
4  Facsimile:  (559) 444-0945

5  Attorney for Eloria Castaneda

6

                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,         Case No.:  1:03CR05220-06 OWW

11        Plaintiff,                 **STIPULATION AND ORDER TO
                                     CONTINUE HEARING ON
12   vs.                             PRESENTENCE INVESTIGATION
                                     REPORT**
13
   MARTIN VILLASENOR,
14                                   Date: March 20, 2006
          Defendant.                 Time: 10:00 A.M.
15                                   Dept: OWW

16

17 IT IS HEREBY STIPULATED by and between the parties, through their respective counsel,

18 Stanley A. Boone, Assistant United States Attorney, for plaintiff the United States, and Jack

19 Carson Revvill for defendant Eloria Castaneda, that the hearing on the Presentence Investigation

20 Report presently set for March 20, 2006 at 10:00 a.m. in the Department of the Honorable Oliver

21 Wanger, Judge, be continued two weeks to April 3, 2006 due to unavailability of counsel, Mr.

22 //

23 //

24 //

25 /

Stipulation and order - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  Revvill. The parties waive further notice of time and place of hearing.

2

3  Dated: March 16, 2006                              /s/ Jack C. Revvill
                                                 Jack C. Revvill, Attorney for
4                                                Eloria Castaneda

5
   Dated: March 16, 2006                              /s/ Stanley A. Boone
6                                                McGregor Scott, United States Attorney
                                                 By Stanley A. Boone, Assistant
7                                                United States Attorney

8                                    **ORDER**

9  IT IS SO ORDERED

10 Dated: March  20  , 2006              /s/ OLIVER W. WANGER
                                         Oliver W. Wanger, Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Stipulation and order - 2

PDF created with pdfFactory trial version www.pdffactory.com