UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )
                                   )    1:03-CR-5220 OWW
                    Plaintiff,     )
     vs.                           )
                                   )    ORDER FOR RETURN OF
ELORIA CASTANEDA,                  )    CASH BAIL and NOTES
                                   )    AND DEEDS OF TRUST
                    Defendants.    )
_____)


     The above-named defendant having surrendered to the custody

of the Bureau of Prisons as directed;

     IT IS HEREBY ORDERED that the cash bail posted by the

following persons be returned to them.


                    Delia Galindo
                    Art Galindo
                    Richard Escobedo
                    Diana Escobedo


     IT IS FURTHER ORDERED that all Notes and Deeds of Trust be

returned to the sureties.

     Dated: __May 31, 2006__        /s/ OLIVER W. WANGER__
                                    OLIVER W. WANGER
                                    United States District Judge